Marcus A. Helt (TX 24052187)
Evan R. Baker (TX 24073879)
**GARDERE WYNNE SEWELL LLP**
3000 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201-4761
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667
mhelt@gardere.com
ebaker@gardere.com

**PROPOSED COUNSEL FOR DEBTORS
AND DEBTORS-IN-POSSESSION**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| § | | |
| **COLOR STAR GROWERS OF** § | | **Case No. 13-42959** |
| **COLORADO, INC., VAST, INC., and** § | | |
| **COLOR STAR, LLC,** § | | **(Jointly Administered)** |
| § | | |
| **Debtors.** § | | |

### NOTICE OF EMERGENCY HEARING

**PLEASE TAKE NOTICE** that the *Emergency Motion for Interim and Final Orders Authorizing Use of Cash Collateral and Scheduling Final Hearing* [Docket No. 29] and *Motion for Order Authorizing (A) Sale(s) of Substantially All of the Estates' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale(s)* [Docket No. 72] are set for hearing on **January 7, 2014 at 2:30 p.m.** before the Honorable Brenda T. Rhoades, Chief United States Bankruptcy Judge for the Eastern District of Texas, at 660 North Central Expressway, Plano, Texas.

### NOTICE

The Pleadings in these cases and supporting papers are available on the Court's website at: **ecf.txeb.uscourts.gov**.  You can also request any pleading you need from (i) the Debtors'

**NOTICE OF EMERGENCY HEARING - PAGE 1**

Gardere01 - 6401022v.1

website at:  www.upshotservices.com/colorstar, (ii) the claims agent at:  UpShot Services LLC, c/o Travis Vandell, 7808 Cherry Creek South Drive, Suite 112, Denver, Colorado 80231, (iii) UpShot Services LLC at:  855-812-6112, or (iv) counsel for the Debtors at the following address:  Gardere Wynne Sewell LLP, c/o Karen Oliver, 1601 Elm Street, Suite 3000, Dallas, Texas 75201 (koliver@gardere.com).

DATED:  January 7, 2014

Respectfully submitted by:

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Evan R. Baker (TX 24073879)
**GARDERE WYNNE SEWELL LLP**
3000 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201-4761
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667
mhelt@gardere.com
ebaker@gardere.com

**PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION**