United States Department of Justice
Office of the United States Trustee
300 Plaza Tower
110 N. College
Tyler, Texas    75702
(903) 590-1450

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In Re § | | |
| § | | |
| COLOR STAR GROWERS OF § | Case No. 13-42959 |
| COLORADO; § | |
| VAST, INC.; § | Case No. 13-42960 |
| COLOR STAR, LLC § | Case No. 13-42961 |
| § | |
| § | (Administratively consolidated |
| § | under case no. 13-42959) |
| § | |
| Debtors § | Chapter 11 |

### APPOINTMENT OF OFFICIAL UNSECURED CREDITORS' COMMITTEE

The United States Trustee hereby appoints the following persons to the Official Unsecured Creditors' Committee in the above styled and numbered case(s) pursuant to 11 U.S.C. §1102(a)(1):

Tony Lucarell   (interim chair)
**EXPRESS SEED CO., INC**.
51051 U.S. Hwy 20
Oberlin, OH    44074
(330) 607-3854
(440) 774-2728 (fax)
tlucarell@greencirclegrowers.com

David Colotriano
**MICHELL'S SEED**
P.O. Box 60160
King of Prussia PA    19406
(610) 265-4200 Ext. 198
(610) 265-1141 (FAX)
dcolatri@michells.com

Andrew Stavrou
**BALL SEED CO.**
622 Town Road
West Chicago, ILL    60185
(630) 588-3256
(630) 562-7611 (FAX)
astavrou@ballhort.com


Dated:   January 14, 2014 Respectfully submitted,

William T. Neary
United States Trustee
Region 6

By:        */s/ Timothy W. O'Neal*
Timothy W. O'Neal
Asst. U.S. Trustee, SBOT 15283350
110 N. College Avenue, Suite 300
Tyler, Texas 75702
(903) 590-1450; Fax (903) 590-1461

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on the following listed persons through the court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, no later than January 14, 2014.
.

 */s/ Timothy W. O'Neal*
Timothy W. O'Neal


Color Star Growers of Colorado, Inc.
4122 Cowling Road
Sanger, TX 76266

Evan R. Baker
1601 Elm Street
Suite 3000
Dallas, TX 75201

Marcus Helt
Gardere Wynne Sewell LLP
3000 Thanksgiving Tower, 1601 Elm Street
Dallas, TX 75201

David C. Alford
Pakis Giotes Page & Burleson, P.C.
P.O. Box 58
Waco, TX 76703-0058

Mark E. Andrews
Cox Smith Matthews
1201 Elm Street, Suite 3300
Dallas, TX 75270

George H. Barber
Kane Russell Coleman & Logan PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201

Robert J. Diehl, Jr.
Bodman PLC
6th Floor at Ford Field
1901 St. Antoine St.
Detriot, MI 48226

Robert W. Gifford
Kane Russell Coleman & Logan PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201

Lee Gordon
McCreary Veselka Bragg & Allen, PC
PO Box 1269
Round Rock, TX 78665

Jan L. Hammerman
Jan. L. Hammerman Law Office
PO Box 3446
Englewood, CO 80155

John J. Kane
Kane Russell Coleman & Logan PC
1601 Elm St. Suite 3700
Dallas, TX 75201

Peter J. Lucas
Appel & Lucas, P.C.
1660 17th Street, Suite 200
Denver, CO 80202

Deborah M. Perry
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659

Judith Weaver Ross

Judith Ross, PC
700 North Pearl Street
Suite 1610
Dallas, TX 75201

Diane W. Sanders
P O Box 17428
Austin, TX 78741

Brian Trumbauer
Bodman PLC
6th Floor at Ford Field
1901 St. Antoine St.
Detriot, MI 48226

Raymond J. Urbanik
Munsch Hardt Kopf & Harr PC
500 N. Akard St., Ste. 3800
Dallas, TX 75201-6659

Travis Vandell
Upshot Services LLC
7808 Cherry Creek South Dr.
Suite 112
Denver, CO 80231

Lynnette R. Warman
Culhane Meadows PLLC
100 Crescent Ct., Ste 700
Dallas, TX 75201

Vast, Inc.
4122 Cowling Road
Sanger, TX 76266

Color Star, LLC
4122 Cowling Road
Sanger, TX 76266
DENTON-TX