Robert J. Diehl, Jr.
Michigan State Bar No. P31264
Brian R. Trumbauer
Michigan State Bar No. P57747
BODMAN PLC
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, MI 48226
T: 313-259-7777
F: 313-393-7579
E-mail: btrumbauer@bodmanlaw.com
Counsel for Comerica Bank

Judith W. Ross
Texas State Bar No. 21010670
LAW OFFICES OF JUDITH W. ROSS
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
T: 214-377-7879
F: 214-377-9409
E-mail: Judith.ross@judithwross.com
Co-counsel for Comerica Bank

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **COLOR STAR GROWERS OF** | § | Case No. 13-42959 |
| **COLORADO, INC., VAST, INC., and** | § | |
| **COLOR STAR, LLC,** | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |

### STATEMENT OF COMERICA BANK REGARDING
### APPLICATION TO EMPLOY GARDERE WYNNE SEWELL LLP AS
### COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE
### PETITION DATE (DOCKET #48)

Comerica Bank ("Comerica") files this statement regarding the Application to Employ Gardere Wynne Sewell LLP as Counsel to the Debtors Effective as of the Petition Date (the "Application").

1. In the Application, Color Star Growers of Colorado, Inc., Vast, Inc. and Color Star, LLC (collectively, "Debtors") seek entry of an order authorizing them to employ Gardere Wynne Sewell LLP ("Gardere") as counsel under § 327(a) of the Bankruptcy Code.

2. Comerica is one of the Debtors' secured lenders. <u>See</u> the Proofs of Claim filed on January 6, 2014 by Regions Bank, as Administrative Agent on behalf of Regions Bank and Comerica Bank.[1]

3. In the Application, Gardere disclosed that it currently represents Comerica on matters unrelated to the bankruptcy cases. Prior to reviewing the Application, the individuals at Comerica responsible for handling the workout and bankruptcy with Debtors were unaware that Gardere represented Comerica on certain unrelated, active matters. In addition, Comerica had no role in Debtors' selection of Gardere as counsel for Debtors.

4. Gardere has advised Comerica that it has three open matters for Comerica, all of which were opened in 2010, that Comerica paid Gardere $13,000 in 2013 and that Comerica currently owes Gardere $678.00.

5. No conflict waiver or consent from Comerica was requested by Gardere or given by Comerica, either prepetition or postpetition, in connection with Gardere's representation of Debtors.

6. Comerica defers to the Court whether to approve the Application. Comerica does not consent to Gardere representing Debtors in any litigation adverse to Comerica and reserves all of its rights.

---

[1] Comerica holds 33.333% of the debt referenced in the Proofs of Claim.

Dated: January 17, 2014 Respectfully submitted,

**BODMAN PLC**
Robert J. Diehl, Jr.
Michigan State Bar No. P31264
Brian R. Trumbauer
Michigan State Bar No. P57747
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, MI 48226
T: 313-259-7777
F: 313-393-7579
E-mail: btrumbauer@bodmanlaw.com

Counsel for Comerica Bank

**LAW OFFICES OF JUDITH W. ROSS**

By: */s/Judith W. Ross*
    Judith W. Ross
    State Bar No. 21010670
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
T: 214-377-7879
F: 214-377-9409
E-mail: judith.ross@judithwross.com

Co-counsel for Comerica Bank

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served on January 17, 2014 via the Court's ECF System on all entities receiving notice via this system at the time of filing.

*/s/Judith W. Ross*
Judith W. Ross