
01/23/2014

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
Color Star Growers of Colorado, Inc.　　　　Case No. 13-42959 btr
4122 Cowling Road　　　　　　　　　　　　Chapter: 11
Sanger, TX 76266
EIN: 84-1274904
Debtor

### ORDER STRIKING DEFICIENT PROOF OF CLAIM FROM CLAIMS REGISTRY

**ON January 7, 2014**, this Court issued a Notice of Intent to Strike Deficient Proof of Claim From Claims Registry in which the Court directed that, in the absence of the filing of an amended proof of claim by Southwest International Trucks within a period of fourteen (14) days from the Notice, that cures fundamental deficiencies in Claim No. 4 and that substantially complies with the requirements of 11 U.S.C. §501(a), Fed. R. Bankr. P. 3002(a), and Official Form 10, the above-referenced proof of claim filed on January 6, 2014 would be stricken without further notice or hearing. The Court finds that no amended proof of claim has been filed in compliance with the Court's order. Accordingly, the Court finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that Claim No. 4 filed by Southwest International Trucks on January 6, 2014 is hereby declared **NULL** and **VOID** and is hereby **STRICKEN** from the claims registry of the above-referenced case for its failure to fulfill the fundamental requirements for a proof of claim under 11 U.S.C. §501(a), Fed. R. Bankr. P. 3002(a) and/or Official Form 10. **The bar date for claims in this case is April 17, 2014**

Signed on 1/23/2014

_Brenda T. Rhoades_　　WH
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE