**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| **COLOR STAR GROWERS OF** | § | Case No. 13-42959 |
| **COLORADO, INC., VAST, INC., and** | § |  |
| **COLOR STAR, LLC,** | § | (Jointly Administered) |
|  | § |  |
| Debtors. | § |  |

**ORDER GRANTING SECOND INTERIM AND FINAL FEE APPLICATION OF
GAVIN/SOLMONESE LLC FOR ALLOWANCE OF FEES
AND REIMBURSEMENT OF EXPENSES**

This matter having come before this Court upon the Second Interim and Final Fee Application of Gavin/Solmonese LLC for Allowance of Fees and Reimbursement of Expenses (the "Application")[1] filed on August 29, 2014, by Gavin/Solmonese LLC ("Gavin"), financial advisor to the Official Committee of Unsecured Creditors ("Committee"); the Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) that Gavin has shown good, sufficient, and sound business purpose and justification for the relief requested in the Application; (iv) that the relief requested in the Application is in the best interests of the Debtors, the Committee, the estates and the creditors thereof; (v) that the amounts requested in the Application are reasonable for actual and necessary services rendered and expenses incurred by Gavin; (vi) that proper and adequate notice of the Application and the hearing thereon has been given and that no other or further notice is necessary; and (vii) that upon the record herein after due deliberation thereon good and sufficient cause exists for granting the relief requested.

Accordingly, it is ORDERED that:

---

[1] Capitalized terms utilized but not defined herein shall have the meaning ascribed to them in the Application.

**ORDER GRANTING SECOND INTERIM AND FINAL FEE APPLICATION OF GAVIN/SOLMONESE
LLC FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES – Page 1**

1.      The Application is GRANTED and fees and expenses are approved as set forth

herein.

2.      The Debtors are instructed to promptly pay to Gavin the sum of $_____

from the professional fee trust account held by the Debtors.

3.      This Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

SIGNED this ____ day of September, 2014.


_____
THE HONORABLE BRENDA T. RHOADES,
UNITED STATES CHIEF BANKRUPTCY
JUDGE